IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. CARROLL, #266826, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 1:12cv-944-WHA |
| ) | |
| CYNTHIA WHEELER WHITE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15), entered on September 29, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2254 petition for habeas corpus is DENIED, and this case is DISMISSED with prejudice.  Petitioner's assertions of actual innocence provide no gateway for review of his procedurally defaulted claims, and his claims are foreclosed from federal habeas review.  Final Judgment will be entered accordingly.

DONE this 20th day of October, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE